In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00091-CV**
_____

**CARLTON EUGENE CORBIN, Appellant**

**V.**

**HOWARD M. REINER, SUCCESSOR DEPENDENT ADMINISTRATOR
FOR THE ESTATE OF CHLORA F. CORBIN, Appellee**

**On Appeal from the County Court at Law No. 2
Montgomery County, Texas
Trial Cause No. 17-30439**

**MEMORANDUM OPINION**

Appellant Carlton Eugene Corbin filed a notice of appeal from the trial court's order of February 23, 2018, which granted the bill of review filed by appellee, set aside its final judgment of November 20, 2015, and granted a writ of possession in favor of appellee for premises located in New Caney, Texas. Corbin appealed the trial court's judgment, and the Thirteenth Court of Appeals dismissed the appeal for

1

want of prosecution due to Corbin's failure to file a brief that complied with the requirements of the Texas Rules of Appellate Procedure. *Corbin v. Reiner*, No. 13-18-00177-CV, 2019 WL 471123, at *1-*3 (Tex. App.—Corpus Christi Feb. 7, 2019, no pet. h.) (mem. op.).

On April 4, 2019, we questioned our jurisdiction over this appeal. Corbin did not file a response. Corbin has not identified a signed order by the trial court that is appealable at this time. Accordingly, we dismiss the appeal for lack of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on May 8, 2019
Opinion Delivered May 9, 2019

Before McKeithen, C.J., Kreger and Johnson, JJ.

2